# In the United States Court of Federal Claims

No. 98-474C
(Filed March 1, 2004)

*************************
MAINE YANKEE ATOMIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************

**ORDER**

All pretrial submissions having been exchanged, it is **ORDERED** that this case shall be **CONSOLIDATED** with *Yankee Atomic Electric Co. v. United States*, 98-126 C, for the purpose of trial proceedings scheduled to commence at 10:30 a.m. on July 12, 2004 and conclude by August 27, 2004, and the pretrial conference scheduled for May 13, 2004.

/s James F. Merow
James F. Merow
Senior Judge