IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MAINE YANKEE ATOMIC POWER COMPANY

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 98-474C
(Senior Judge Merow)

CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Maine Yankee Atomic Company hereby requests an enlargement of time to file its Opposition to Defendant's Motion *In Limine* to Exclude Testimony and Evidence Regarding Plaintiff's Request for Pre-Breach Damages and Alternative Restitution Claim, and Defendant's Motion to Strike. Maine Yankee's Opposition is currently due today, Friday, April 16, 2004. Maine Yankee seeks an enlargement of time of 5 business days to file its Opposition on Friday, April 23, 2004. The time for this Opposition to be filed was previously enlarged once, from March 8, 2004 until today. Oppositions to several motions field by the government were due to be filed today; the Opposition that is the subject of this motion is the only one due today that is not being filed.

As grounds for this further enlargement, Maine Yankee submits that one of the attorneys responsible for preparing this Opposition had a medical emergency in his family last week that delayed work on the opposition and has precluded Maine Yankee from being able to complete the Opposition in time for filing today. Maine Yankee needs this enlargement to have adequate

time and opportunity to fully respond to the Defendant's Motion. Counsel for the government has consented to this Motion.

For the foregoing reasons, Maine Yankee respectfully requests the Court to grant its Motion for Enlargement of Time through April 23, 2004 in which to file its Opposition.

Respectfully submitted

s/ Jerry Stouck__________

Date: April 16, 2004

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
Tel. (202) 898-5800
Fax (202) 682-1639

Counsel for Plaintiff,
MAINE YANKEE ELECTRIC COMPANY

Of Counsel:

Robert L. Shapiro
Peter J. Skalaban, Jr.
SPRIGGS & HOLLINGSWORTH