**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MAINE YANKEE ATOMIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 98-474C<br>(Senior Judge Merow) |

APPENDIX TO
MAINE YANKEE'S OPPOSITION TO DEFENDANT'S
MOTION *IN LIMINE* REGARDING TAKINGS DAMAGES

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005

Counsel For Plaintiff
MAINE YANKEE ATOMIC
POWER COMPANY

Of Counsel:

Robert L. Shapiro
Vivek K. Hatti
SPRIGGS & HOLLINGSWORTH

April 16, 2004

# INDEX TO APPENDIX

**DESCRIPTION** **PAGE**

Deposition Transcript of Christopher A. Kouts (6/4/99) [Excerpts]………………..0001

Nuclear Waste: Technical, Schedule, and Cost Uncertainties of the Yucca Mountain Repository Project (GAO-02-191)……………………………….0006

Viability Assessment of a Repository at Yucca Mountain: Overview (PA-196032 to PA-196080)…………………………………………………0044

Photograph of Maine Yankee Independent Spent Fuel Storage Installation………..0093