## Results in brief

Based on the viability assessment, DOE believes that Yucca Mountain remains a promising site for a geologic repository and that work should proceed to support a decision in 2001 on whether to recommend the site to the President for development as a repository. For the site to be recommended, DOE needs to demonstrate that a repository can be designed and built at Yucca Mountain that would protect public health and safety and the environment for thousands of years. Uncertainties remain about key natural processes, the preliminary design, and how the site and design would interact. To address these uncertainties, DOE plans to advance the design, complete critical tests and analyses, and prepare draft and final environmental impact statements. When this work is completed in 2001, a decision will be made by the Secretary of Energy on whether to recommend the site to the President.



The advantages of Yucca Mountain as a potential repository site include its location, semiarid climate, and deep groundwater table.

- Yucca Mountain is about 100 miles northwest of Las Vegas, Nevada, on unpopulated land owned by the Federal Government and adjacent to the Nevada Test Site. More than 900 nuclear weapons tests have been conducted at the Nevada Test Site.

- Water is the primary means by which radioactive elements (radionuclides) could be transported from a repository. Yucca Mountain is located in a desert environment, with an average rainfall of about 7 inches per year.

- The nearest groundwater, which is about 1,000 feet below the planned location of the repository, is isolated in a closed regional basin and does not flow into any rivers that reach the ocean. This closed basin feature is unique to the western region of the country.




The preliminary repository design includes a long-lived waste package and takes advantage of the desert environment and geologic features of Yucca Mountain. Together, the natural and engineered barriers can keep water away from the waste for thousands of years. Analyses of the preliminary design using mathematical models, though subject to uncertainties, indicate that public health and the environment can be protected.

- For 10,000 years after the repository is closed, people living near Yucca Mountain are expected to receive little or no increase in radiation exposure.

- The maximum radiation exposure from the repository is expected to occur after

about 300,000 years. People living approximately 20 kilometers (12 miles) from Yucca Mountain at that time might receive additional radiation exposures equivalent to present-day background radiation.

Although current assessments of repository performance are encouraging, more work is needed before the site can be recommended and a license application for construction of a repository can be submitted to the Nuclear Regulatory Commission (NRC).

Current schedules anticipate that the Secretary of Energy will decide whether to recommend the site to the President in 2001, after considering the views of States, affected Indian tribes, and NRC, as required by the Nuclear Waste Policy Act. In turn, the President will decide whether to recommend the site to Congress. If Congress agrees with the President's recommendation and the site is designated, DOE would submit to NRC in 2002 a license application for construction authorization. To support these plans, DOE will:

- Obtain more information on key natural processes, including how radionuclides could be transported by groundwater beneath the repository
- Test the performance of candidate waste package materials and evaluate alternative repository designs
- Continue analyzing the interaction between the repository and the natural processes
- Prepare an environmental impact statement, publish it for public comment in 1999, and finalize it in 2000

These tasks will cost approximately $1.1 billion to complete. If the site is suitable and DOE submits a license application in 2002, the estimated cost to successfully complete the licensing process, build a licensed repository, emplace the waste, and monitor and close the repository is approximately $18.7 billion, in constant 1998 dollars. Given adequate funding and successful completion of the licensing process, the first waste could be emplaced in a repository in 2010, and the last waste, in 2033. With NRC approval, a repository could be closed and sealed as early as 10 years after the last waste is emplaced; or it could be kept open and actively monitored for hundreds of years, if it appears desirable to do so. The $18.7 billion cost estimate assumes a monitoring period of 100 years, beginning with initial waste emplacement. The repository is being designed to allow future generations to decide how long the repository should be monitored, and whether and when to close and seal it.

A monitored geologic repository is one component of a total waste management system. The total estimated future cost to complete the program, including transportation of waste and storage at the repository, is $36.6 billion, in constant 1998 dollars. This includes costs from 1999 through closure and decommissioning, assumed to begin in 2110 and to be completed in 2116. It does not include $5.9 billion that has been spent on the program through fiscal year 1998.






Schedule for major repository milestones

## The nuclear waste problem

Countries worldwide have accumulated high-level radioactive waste by using nuclear materials to produce electricity, to power naval vessels, and to make nuclear weapons. Some elements of this waste are hazardous for a few years to several hundred years; some elements are hazardous for many thousands of years. This waste must be safely contained until it no longer poses a significant risk to human health and the environment.[2]



Storage pool for commercial spent nuclear fuel



### *Commercial spent nuclear fuel*

As of December 1998, the United States had accumulated 38,500 metric tons of used or "spent" nuclear fuel from commercial nuclear power plants; this amount could more than double by the year 2035 if all currently operating plants complete their initial 40-year license period. The spent fuel is now stored in 33 states at 72 power plant sites and one commercial storage site and is likely to remain where it is until a disposal or central storage facility is constructed. When a power plant ceases operations, the spent nuclear fuel and other radioactive materials must be removed before the plant can be fully decommissioned and the site used for other purposes.



Indian Point Nuclear Power Plant, Buchanan, NY

### *DOE spent nuclear fuel*

By 2035, the United States will have accumulated approximately 2,500 metric tons of spent nuclear fuel from reactors that produce materials for nuclear weapons, from research reactors, and from reactors on the Navy's nuclear-powered ships and submarines. The majority of DOE spent nuclear fuel is currently stored at three major sites in Idaho, South Carolina, and Washington. Under a negotiated settlement agreement between the State of Idaho, the Navy, and DOE, all spent fuel must be removed from Idaho by the year 2035.[3]



F Area Tank Farm at Savannah River Site, near Aiken, SC

## *High-level radioactive waste*

The production of nuclear weapons has left a legacy of high-level radioactive waste that was created when spent nuclear fuel was treated chemically to separate uranium and plutonium. The remaining high-level waste is in liquid and solid forms; 100 million gallons are stored in underground tanks in Washington, South Carolina, Idaho, and New York.[4] Under agreements between DOE and the states where the waste is stored, this high-level waste will continue to be solidified and placed in about 20,000 canisters for future disposal in a permanent geologic repository.

## *Surplus plutonium and other nuclear weapons materials*

The end of the Cold War has brought the problem of cleaning up and closing weapons plants that are no longer needed and disposing of surplus plutonium and other nuclear materials associated with weapons production. These radioactive materials must be disposed of in a secure facility that will not only keep the waste away from people but will also keep people away from the weapons-usable material for thousands of years. Ensuring national security and preventing the proliferation of nuclear weapons depends on developing a permanent, safe, and secure disposal facility for surplus plutonium and other weapons materials.

## *Total inventory*

At present, spent nuclear fuel and high-level radioactive waste are temporarily stored at 78 locations in 35 states, as shown below. Some of these storage sites are close to population centers and are located near rivers, lakes, and seacoasts. The stored materials, if left where they are indefinitely, could become a hazard to nearby populations and the environment. These nuclear materials require safe and permanent disposal.




Locations of spent nuclear fuel and high-level radioactive waste destined for geologic disposal As of October 30, 1998

## Geologic disposal

Geologic disposal of radioactive waste has been the focus of scientific research for more than 40 years. As early as 1957, a National Academy of Sciences' report to the Atomic Energy Commission recommended burying radioactive waste in geologic formations.[5] In 1962, the Atomic Energy Commission began investigating salt formations, including bedded salt and salt domes, as potential host rock for repositories. In 1975, the Energy Research and Development Administration, predecessor to DOE, selected a site near Carlsbad, New Mexico, for the Waste Isolation Pilot Project, which is to dispose of transuranic waste. In 1976, the Energy Research and Development Administration also began to investigate other geologic formations and to consider different disposal concepts, including deep-seabed disposal, disposal in the polar ice sheets, and rocketing waste into the sun. After extensive evaluation of the options, DOE concluded in 1981 that disposal in an underground mined geologic repository remained the preferred option.[6]

Unlike the hazards of toxic materials such as lead, mercury, and arsenic, which do not break down, the hazard of radioactive materials declines over time. Early efforts to study disposal options, therefore, sought to find the most effective ways for available technology to isolate waste long enough for the hazard to decline to low levels. That search led to geologic environments that have remained stable for millions of years and are likely to remain so. Scientists widely agreed that waste packaged in robust, long-lived waste packages and placed deep in such stable geologic environments could be isolated from the biosphere for the long time periods necessary.

Since the first scientific study in 1957, virtually every expert group that has looked at the nuclear waste problem has agreed that a geologic repository is the best approach for nuclear waste disposal. A panel of the National Academy of Sciences noted in 1990 that there is "a worldwide scientific consensus that deep geological disposal, the approach being followed by the United States, is the best option for disposing of high-level radioactive waste."[7]



Dry cask storage of commercial spent nuclear fuel

However, there are differing views on how rapidly waste should be disposed of and whether it should be disposed of irreversibly. Some argue that waste should be stored for several generations to allow scientists to learn more about geologic disposal and to take advantage of new and better technologies that may come along. That would keep all options open for future generations. But it would also require them to bear all the costs of exercising those options.

One way to preserve these options and still provide a permanent solution is to dispose of waste in a manner that permits, but does not require, the retrieval of waste; the waste would be disposed of, but not irreversibly. The Nuclear Waste Policy Act of 1982 [8] requires that spent nuclear fuel emplaced in a repository be retrievable for any reason pertaining to public health and the environment, or to permit recovery of the potentially valuable contents of the spent fuel prior to permanent closure of a repository.

Nuclear Regulatory Commission (NRC) regulations require that a geologic repository be designed for waste retrieval at any time up to 50 years after waste emplacement begins.[9]

The DOE is designing a monitored geologic repository at Yucca Mountain that could give future generations the choice of closing and sealing the repository as early as allowable under NRC regulations, or of keeping it open and monitoring it for hundreds of years.

A geologic repository will not require perpetual human care and will not rely on the stability of society for thousands of years into the future. It will rely instead on geologic formations that have remained relatively stable for millions of years and on long-lived engineered barriers.






Worldwide status of nuclear power reactors. In the United States, 104 operating reactors produce 20 percent of the nation's electricity. Worldwide data is from the files of the Australian Nuclear Science and Technology Organisation, based on information as of June 5, 1998.

## The law and the regulations

The Nuclear Waste Policy Act of 1982 (NWPA) directed DOE to develop a system for the safe and final disposal of spent nuclear fuel and high-level radioactive waste.

The NWPA set an ambitious schedule for DOE to site two geologic repositories and required DOE to contract with utilities to begin disposal in the first one by January 31, 1998. The DOE formally identified nine potentially acceptable sites across the nation and later narrowed the list to three sites: Deaf Smith County, Texas; Hanford, Washington; and Yucca Mountain, Nevada. In 1987, Congress directed DOE to study only one of the sites—the one at Yucca Mountain—to decide whether it is suitable for a repository. This legislation, known as the Nuclear Waste Policy Amendments Act of 1987,[10] also established the Nuclear Waste Technical Review Board, composed of experts appointed by the President to review the DOE program.



The NWPA reaffirms the Federal Government's responsibility for developing repositories for the permanent disposal of spent nuclear fuel and high-level radioactive waste. It also affirms the responsibility of the generators of the waste—the nuclear utilities and the federal defense nuclear program—to pay for that effort. The NWPA requires utilities with nuclear power plants to pay a fee to fund the disposal program. The Federal Government bears the costs of disposing of defense waste.

The NWPA also assigns distinct roles to the Environmental Protection Agency (EPA) and the Nuclear Regulatory Commission (NRC). The EPA is required to establish standards for protection of the general environment from releases of radioactive material from a repository. The NRC is responsible for establishing technical requirements and criteria, consistent with EPA standards, for approving or disapproving applications to construct, operate, and eventually close a repository. In 1981 and 1983, NRC issued regulations for a geologic repository in anticipation of EPA standards.[11]

Subsequently, the Energy Policy Act of 1992[12] modified the process for setting environmental standards for a repository at Yucca Mountain. The Act directed the National Academy of Sciences (NAS) to provide findings and recommendations on these standards and directed EPA to issue standards for the Yucca Mountain site based on and consistent with the NAS findings and recommendations. The Act directed NRC to revise its regulations as necessary to be consistent with the EPA standards, once issued. The NAS published its report in 1995.[13] The EPA is currently developing its standards.



## How geologic disposal would work

The basic concept of geologic disposal is to place carefully prepared and packaged waste in excavated tunnels in geologic formations such as salt, hard rock, or clay. The concept relies on a series of barriers, natural and engineered, to contain the waste for thousands of years and to minimize the amount of radioactive material that may eventually be transported from a repository and reach the human environment.

Water is the primary means by which radionuclides could reach the human environment. Therefore, the primary functions of the barriers are to keep water away from the waste as long as possible, to limit the amount of water that finally does contact the waste, to slow the release of radionuclides from the waste, and to reduce the concentrations of radionuclides in groundwater.

All countries pursuing geologic disposal are taking the multibarrier approach, though they differ in the barriers they emphasize. The German disposal concept, for example, relies heavily on the geologic barrier, the rock salt formation at the prospective disposal site. The Swedish method, on the other hand, relies heavily on thick copper waste packages to contain waste.

The U.S. approach, as recommended in the 1979 Report to the President by the Interagency Review Group on Nuclear Waste Management,[14] is to design a repository in which the natural and engineered barriers work as a system, so that some barriers will continue to work even if others fail, and so that none of the barriers is likely to fail for the same reason or at the same time. This design strategy is called defense in depth. The barriers include the chemical and physical forms of the waste, the waste packages and other engineered barriers, and the natural characteristics of Yucca Mountain.






Cutaway showing artist's concept of the complex of underground tunnels into which waste would be emplaced. A repository at Yucca Mountain would rely on the semiarid climate, natural barriers, and engineered barriers to contain and isolate waste for thousands of years.

## Why Yucca Mountain?

Yucca Mountain is remote from population centers. Located about 100 miles northwest of Las Vegas, Nevada, Yucca Mountain is on the edge of the nation's nuclear weapons test site, where more than 900 nuclear tests have been conducted. This unpopulated land is owned by the Federal Government.

Yucca Mountain provides a stable geologic environment. A flat-topped ridge running six miles from north to south, Yucca Mountain has changed little over the last million years. Based upon what is known about the site, disruption of a repository at Yucca Mountain by volcanoes, earthquakes, erosion, or other geologic processes and events appears to be highly unlikely.

Yucca Mountain has a desert climate. This is important because water movement is the primary means by which radioactive waste could be transported from a repository. On average, Yucca Mountain currently receives about seven inches of rain and snow per year. Nearly all the precipitation, about 95 percent, either runs off or evaporates. Geological information indicates that the regional climate has changed over the past






Location of the proposed monitored geologic repository at Yucca Mountain, Nevada

million years and the long-term average precipitation has been about 12 inches per year—comparable to that of present-day Santa Fe, New Mexico. Even if this were to be the case in the future, most of the water would run off or evaporate rather than soak into the ground and possibly reach the repository.

A repository would be built about 1,000 feet below the surface and 1,000 feet above the water table in what is called the unsaturated zone. The water table is about 2,000 feet beneath the crest of Yucca Mountain. Any precipitation that does not run off or evaporate at the surface would have to seep down nearly 1,000 feet before reaching the repository. Between the repository and the water table, it would have to move through another 1,000 feet of the unsaturated zone before reaching the water table. The groundwater in the region is trapped within a closed desert basin and does not flow into any rivers that reach the ocean.

The concept of disposing of waste in the unsaturated zone in the desert regions of the Southwest was first advanced by the U.S. Geological Survey in the 1970s. In 1976, the director of the Geological Survey suggested that the region in and around the Nevada nuclear weapons test site offered a variety of geologic formations and other attractive features, including remoteness and an arid climate.[15] In 1981, a Geological Survey scientist noted that the desert Southwest has water tables that are among the deepest in the world and that the region contains multiple natural barriers that could isolate wastes for "tens of thousands to perhaps hundreds of thousands of years."[16]





View of Yucca Mountain from the south

## The design process

Designing a repository is an iterative process. The process begins with defining the primary design objectives: protecting the health and safety of both the workers and the public during the period of repository operations; minimizing the amount of radioactive material that may eventually reach the accessible environment; and keeping costs down to an acceptable level.

To achieve the design objectives, engineers work with scientists to design the man-made components of a repository to work effectively with the natural system. The engineered barriers are intended to work with the natural barriers—the geology and climate of Yucca Mountain—to contain and isolate waste for thousands of years. The waste package design, for example, includes materials that are chosen to be compatible with the underground thermal and geochemical environment, and the layout of tunnels takes into consideration the geology of the mountain.

Through successive evaluations and improvements, the repository design has evolved to the current reference design. The reference design represents a snapshot of the ongoing design process, thus providing a frame of reference to describe how a repository at Yucca Mountain could work. The repository design also offers insights about how to reduce uncertainty and modify the design to improve its performance. Improvements are expected to continue as more work is completed and more information about the site is obtained.






A conceptual model of the design process. Design objectives for repository components are identified, and then the designs are developed, evaluated, and improved.

## The reference design

In the current reference design, spent nuclear fuel and high-level radioactive waste would be transported to Yucca Mountain by truck or rail in specially designed, shielded shipping containers licensed by the Nuclear Regulatory Commission; removed from the shipping containers and placed in long-lived waste packages for disposal; carried into the underground repository by rail cars; placed on supports in the tunnels; and monitored until the repository is finally closed and sealed.

### *Surface facilities and operations*

Surface facilities would be designed to receive the waste and prepare it for final disposal, and to support the excavation, construction, loading, and ventilation of the repository tunnels. The entire surface layout would cover about 100 acres and have three main areas:

- At the north entrance to the underground repository would be the facilities and equipment to transfer waste from shipping containers to waste packages. Each waste package would be welded closed and thoroughly checked before being loaded onto a shielded transporter to be taken underground.
- At the south entrance would be the facilities to support the excavation and construction of the tunnels.
- Near the top of the mountain would be the facilities that house the air intake and exhaust fans for ventilating the repository.

Workers would be shielded from direct exposure to radiation and contamination because waste would be handled remotely.





Artist's concept of repository surface facilities

### Underground facilities and operations

The underground repository would consist of about 100 miles of tunnels. The main tunnels would be designed for moving workers, equipment, and waste packages. Ventilation tunnels would provide air for workers. The emplacement tunnels (or drifts) would accommodate the waste packages. Two gently sloping access ramps and two vertical ventilation shafts would connect the underground and surface areas.

Transportation underground would be by rail. A locomotive would haul the shielded transporter with its waste package underground from the waste-handling building to the entrance of an emplacement drift. Then a remotely operated crane (or gantry) would lift the waste package, carry it along the drift, and lower it onto its supports.

Current schedules anticipate that waste emplacement would begin in 2010 if a license is received from the Nuclear Regulatory Commission, after construction of surface facilities, the main tunnels, ventilation system, and initial emplacement drifts. Additional drifts would be constructed over a period of about 20 years while waste is being emplaced. The current design would accommodate 70,000 metric tons of waste, a limit imposed by the Nuclear Waste Policy Act of 1982. However, the site is large enough to accommodate additional waste, if that were authorized.





Artist's concept of repository underground facilities and operations

### *The engineered barrier system*

The engineered barrier system is designed to work with the natural geologic barriers. The reference repository design features a long-lived waste package and includes the waste form, the concrete tunnel floor (or invert), and the steel and concrete support for the waste package.




The current waste package design would have two layers: a structurally strong outer layer of carbon steel nearly four inches thick, and a corrosion-resistant inner layer of a high-nickel alloy about three-fourths of an inch thick. These two layers would work together to preserve the integrity of the waste package.

The waste forms inside the waste package would provide additional barriers against transport of radionuclides away from the repository. Most spent nuclear fuel is encased in Zircaloy, a metal cladding that is highly resistant to corrosion. Defense high-level radioactive waste would be solidified as glass inside stainless steel canisters.

As the design process continues, DOE is evaluating several design options that might increase the ability of the engineered barrier system to contain waste. These include the following:

- Drip shields that could keep water from dripping on the waste packages
- Ceramic coating on the waste packages that could further prevent corrosion
- Backfill that could protect the waste packages from falling rock or tunnel collapse, raise the waste packages' temperature and lower the relative humidity

Backfill would consist of crushed rock or other granular material that would be placed around the waste packages in the emplacement drifts just before the repository is closed.

The DOE also is evaluating alternative designs, some of which might reduce uncertainties regarding repository performance. (Design alternatives are discussed further under Long-Term Safety, page 30.)



### *Confirmation and retrieval*

Activities to confirm that a repository would work as expected begin long before the first waste is emplaced. In the current site characterization phase, information about Yucca Mountain and the surrounding environment is being collected and compiled to provide a baseline against which to compare what would happen if a repository were built and waste were emplaced.

Using mathematical models based on the collected data and analyses of the engineered components, scientists forecast the probable behavior of the engineered system and the effects of a repository on the Yucca Mountain environment. If repository operations begin, remote sensors would monitor the waste packages, tunnels, and surrounding rock. The effects of a repository would be monitored, and the observed effects would be compared to the model predictions. These confirmation activities would help determine whether a repository is operating as expected.

If a problem is detected prior to closing the repository, remedial action or retrieval of the waste would be possible using remotely operated equipment. The Nuclear Regulatory Commission currently requires that a repository be designed to allow the retrieval of waste at any time up to 50 years after waste operations begin. Retrieval of waste, if needed, would follow, in reverse order, the same steps taken in emplacing the waste.






The performance confirmation program begins with site characterization to establish a baseline and continues until repository closure begins.