## *Repository closing*

Even under the most ambitious schedules for disposal, future generations would make the final decision to close a repository. To give future generations the option of closing the repository or monitoring it for long periods of time, DOE is designing the repository so that it could (with Nuclear Regulatory Commission approval) be either closed as early as 10 years after emplacement of the last waste package, or kept open for hundreds of years from the start of waste emplacement.

Permanently closing the repository would require the sealing of all shafts, ramps, exploratory boreholes, and other underground openings. These actions would discourage any human intrusion into the repository and prevent water from entering through these openings.

At the surface, all radiological areas would be decontaminated, all structures removed, and all wastes and debris disposed of at approved sites. The surface area would be restored as closely as possible to its original condition. Permanent monuments would be erected around the site to warn any future generations of the presence and nature of the buried wastes.

The DOE also would continue to oversee the Yucca Mountain site to prevent any activity that could breach a repository's engineered or geologic barriers, or otherwise increase the exposure of the public to radiation beyond allowable limits.





View of Yucca Mountain from the northwest

## Performance assessment models

Performance assessment evaluates how a repository system is likely to work over long time periods. From the results of scientific studies, analysts build detailed mathematical models or "representations" of the features, events, and processes that could affect the performance of the design. They then incorporate the results of these detailed process models into an overall model of the repository system, which is called the total system performance assessment model. The models are used to assess how the natural and engineered elements of a waste disposal system are likely to work together over the long period required to isolate wastes.

Performance assessments help identify which uncertainties about the behavior of a disposal system are significant and which are not, which elements of the repository system are most important to how well it is likely to work, and where scientists and engineers might most usefully focus their efforts to improve performance. These assessments are repeated and refined during the course of developing, evaluating, and improving a repository design.

A total system performance assessment represents a reasonable approach to the challenging task of projecting how a repository would work over thousands of years. However, as a National Academy of Sciences panel observed, "Confidence in the disposal techniques must come from a combination of remoteness, engineering design, mathematical modeling, performance assessment, natural analogues and the possibility of remedial action in the event of unforeseen events."[17] The DOE is taking this combined approach.






Approach to constructing a total system performance assessment (TSPA) model. Analysts develop detailed mathematical models of the natural processes that are important to repository performance and then combine these models into a model of the entire repository system.

## The attributes of safe disposal

The results of fifteen years of testing and analysis, including four years of underground exploration, have validated many, but not all, of the expectations of scientists who first suggested that remote desert regions are well-suited for a geologic repository. One important and unexpected test result was finding underground, at the level of the proposed repository, traces of a radioactive isotope (chlorine-36) that is associated with above-ground nuclear weapons tests. As atmospheric nuclear testing began in the mid-1940s, this finding suggests that some water travels from the ground surface to the level of the repository in about 50 years or less. Another important finding was evidence that the average amount of water that filters down through the mountain is about a third of an inch per year, which, while only about five percent of the average annual precipitation, is more than DOE initially expected. Taken together, the findings, both expected and unexpected, underscore the importance of building engineered barriers that work with the natural barriers to keep water away from the waste.

The results indicate that a repository at Yucca Mountain would need to exhibit four key attributes to protect public health and the environment for thousands of years. The four key attributes are:

- Limited water contact with waste packages
- Long waste package lifetime
- Low rate of release of radionuclides from breached waste packages
- Reduction in the concentration of radionuclides as they are transported from breached waste packages

Based on performance assessment models, DOE has evaluated the degree to which the reference design exhibits these four key attributes, and has identified additional scientific studies and design improvements that could reduce uncertainties and enhance long-term repository performance.

### *Limited water contact with waste packages*

In the reference design, waste packages would be placed about 1,000 feet below the mountain's surface and about 1,000 feet above the water table. Even if future climates are much wetter than today, the mountain is not expected to erode and leave the waste exposed, and the water table is not expected to rise high enough to reach the waste.

In the current semiarid climate, about seven inches of water a year from rain and snow fall on Yucca Mountain. Nearly all of that precipitation, about 95 percent, runs off or evaporates. Only about one-third of an inch of water per year moves down (or percolates) through the nearly 1,000 feet of rock to reach the level of the repository. Studies of past climates indicate that the precipitation may increase to a long-term average of about 12 inches per year. However, most of the water still would run off or evaporate rather than soak into the ground.



Once waste packages have been placed in the repository, the heat generated from radioactive decay would raise the temperature in the tunnels above the boiling point of water. The heat is expected to dry out the surrounding rock and drive any water away for hundreds to thousands of years. However, as the waste decays and the repository cools, enough water to cause drips would begin to seep into the drifts through fractures in the rock.

Using mathematical models, analysts estimate that, after the repository cools enough, about five percent of the packages could experience dripping water, under the current climate. If the climate changes to a wetter long-term average, about 30 percent of the packages could experience dripping water. These estimates are based on a number of assumptions that remain to be validated. Nonetheless, the results suggest that limited water would contact the waste packages.

Ongoing testing in the exploratory tunnels is providing more information on how much water could enter the repository and contact the waste packages under a variety of conditions. The DOE is also evaluating alternative waste package designs and other options that would mitigate the effects of water contact and improve performance of a repository.

### *Long waste package lifetime*

The waste package in the reference design has two layers: a thick outer layer made of carbon steel that provides structural strength and delays any contact of water with the inner layer, and a thinner inner layer of a high-nickel alloy that resists corrosion after the outer layer is penetrated.

Based on preliminary results of corrosion experiments and the opinions of experts, computer simulations indicate that most of the waste packages would last more than 10,000 years, even if water is dripping on them. The longevity of man-made materials in the repository environment over such long periods of time is subject to significant uncertainty, however, and some waste packages could fail earlier. Scientists estimate that dripping water could cause the first penetrations—tiny pinholes—to appear in some waste packages after about 4,000 years. More substantial penetrations could begin to occur about 10,000 years later. Projections of waste package performance also assume that at least one waste package will fail in 1,000 years due to a manufacturing defect.

To reduce the uncertainty in waste package performance, further research on the conditions that waste packages will be exposed to and testing of waste package materials is underway. In addition, DOE is evaluating alternative waste package designs and materials that could compensate for the uncertainty and enhance longevity.





### Low rate of release of radionuclides from breached waste packages

Once water enters a waste package, it would have to penetrate the metal cladding of the spent nuclear fuel to reach the waste. For about 99 percent of the commercial spent nuclear fuel, the cladding is highly corrosion-resistant metal that is designed to withstand the extreme temperature and radiation environment in the core of an operating nuclear reactor. Current models indicate that it would take thousands of years to corrode cladding sufficiently to allow water to reach the waste and begin to dissolve the radionuclides. However, estimates of cladding performance are uncertain, and more work in this area is planned.

During the thousands of years required for water to reach the waste, the radioactivity of most of the radionuclides would decay to virtually zero. For the remaining radionuclides to get out of the waste package, they must be dissolved in water, but few of the remaining radionuclides could be dissolved in water at a significant rate. Thus, only the long-lived, water-soluble radionuclides, such as isotopes of technetium, iodine, neptunium, and uranium, could get out of the waste package. Although most of the waste would not migrate from the package even if it were breached, the release of any radionuclides is reason for concern and motivation for seeking improvements in the repository design. Ongoing tests are providing more information on how radionuclides dissolve in water.





### *Reduction in the concentration of radionuclides as they are transported from the waste packages*

Long-lived, water-soluble radionuclides that migrate from the waste packages will have to move down through about 1,000 feet of rock to the water table and then travel about 20 kilometers (about 12 miles) to reach a point where they could be taken up in a well and consumed or used to irrigate crops.

As the long-lived, water-soluble radionuclides begin to move down through the rock, some will stick (or adsorb) to the minerals in the rock and be delayed in reaching the water table. After reaching the water table, radionuclides will disperse to some extent in the larger volume of groundwater beneath Yucca Mountain, and the concentrations will be diluted. Eventually, groundwater with varying concentrations of different radionuclides will reach locations near Yucca Mountain where the water could be consumed.

Of the approximately 350 different radioactive isotopes present in spent nuclear fuel and high-level radioactive waste, six are present in sufficient quantities and are sufficiently long-lived, soluble, mobile, and hazardous to contribute significantly to calculated radiation exposures. Four of these isotopes—technetium-99, iodine-129, neptunium-237, and uranium-234—can be transported by moving groundwater because they do not adsorb well to minerals. Two isotopes—plutonium-239 and plutonium-242—tend to adsorb but could be mobile because they can attach themselves to small particles (or colloids) and then be transported along with those particles.

Given the uncertainty about the rate at which groundwater moves and the possible existence of fast pathways or channels through the saturated zone, the DOE is continuing to investigate groundwater flow characteristics and is analyzing the possible effects on radionuclide transport and dilution.





## Possible dose

Analysts have calculated the possible radiation dose rate to people who may be living near the repository thousands of years in the future. Because where and how people will be living in the distant future cannot be predicted, analysts base their calculations on the current situation. They assume that the nearest population lives 20 kilometers (about 12 miles) from the repository boundary and has a lifestyle similar to the average person living today in Amargosa Valley, about 30 kilometers (about 19 miles) from Yucca Mountain.

During the first 10,000 years after the repository is closed, current models indicate that the mean peak annual dose rate to an average individual in this future population would be about 0.1 millirem. However, given the uncertainties associated with the assumptions and the performance assessment models, the peak dose could be higher or lower than the estimated average. There is a 5 percent (1 in 20) chance of exceeding 0.8 millirem and a greater than 25 percent chance of no exposure at all.

During the first 100,000 years, the mean peak annual dose rate to an average individual is estimated to be 30 millirem with a 5 percent chance of exceeding 200 millirem and a greater than 20 percent chance of zero dose.

Radiation is a form of energy that is everywhere in the natural and man-made world. The basic unit for measuring the damage that a given dose of radiation can cause to human tissue is called a rem. Each year in the United States, the average person receives a dose of about 360 millirem (a millirem is one one-thousandth of a rem) from natural and man-made sources. Natural sources—cosmic rays, radon gas, soil and rock, and the human body itself—account for about 300 millirem of the total annual average dose, with man-made, mostly medical, sources accounting for the remaining 60 millirem.[18] Man-made sources of radiation include diagnostic X-rays and other medical procedures, television sets, and computer monitors. Radiation exposures vary widely depending on geographic location and life choices. For example, a person living at an altitude of 5,000 feet in Denver, Colorado, receives nearly two times as much cosmic radiation as a person living near sea level in Washington, D.C.[19]

During the first 1 million years, the mean peak annual dose rate to an average individual is estimated to reach 200 millirem, with a 5 percent chance of exceeding 1,000 millirem (or 1 rem) and a 5 percent chance of being lower than 0.07 millirem.




Mean peak annual dose rate from the repository

## Other safety issues

The analysis of the safety of a repository at Yucca Mountain must also consider both the likelihood and the effect of possible disruptive processes and events, such as volcanism, earthquakes, human intrusion, and "nuclear criticality." The DOE has concluded that there is little likelihood that such processes or events at Yucca Mountain would significantly affect the long-term performance of a repository.

### *Volcanism*

The area around Yucca Mountain was very active volcanically millions of years ago. The rock of Yucca Mountain—called tuff—is composed of volcanic ash from eruptions that occurred about 13 million years ago. However, large-scale volcanism in the area ceased about 7.5 million years ago, and the last, small eruption occurred about 75,000 years ago. Experts have concluded that the chance of future volcanic activity disrupting the site is negligible. As a result, volcanism would be unlikely to affect the long-term performance of the repository.

### *Earthquakes*

Yucca Mountain is located in the southern Great Basin, a large region that has some earthquakes. Yucca Mountain itself is a tilted block of rock that is bounded by geologic faults. A magnitude 5.6 earthquake occurred about 12 miles away in 1992. A repository and surface facilities would be designed to withstand earthquakes, as are modern tunnels, buildings, and power plants in seismically active areas.

### *Accidental human intrusion*

It is possible that future human activities might intrude on the repository. One possible activity would be exploration for valuable natural resources. However, Yucca Mountain exhibits few characteristics that would make it an attractive location for future generations to drill or otherwise explore for gold, hydrocarbons, or other materials.

The National Academy of Sciences (NAS) concluded that there is no scientific basis for predicting such human activities over the very long periods of time for which the repository must function. The NAS, therefore, recommended that future human intrusion not be considered in the quantitative performance assessments. However, to evaluate how the repository would perform if humans were to intrude, the NAS recommended,[20] and DOE has conducted, a separate analysis of a theoretical case in which a waste package is penetrated by someone drilling into the repository in the future. Performance assessments indicate that peak dose rates would increase if a waste package were penetrated by exploratory drilling and if waste were then carried down the drillhole to the water table. However, as noted, natural resource assessments indicate that the Yucca Mountain site does not exhibit characteristics that would make it an attractive location for exploratory drilling.

### *Nuclear criticality*

A nuclear criticality occurs when sufficient quantities of fissionable materials come together in a precise manner and the required conditions exist to start and sustain a nuclear chain reaction. The waste packages would be designed to prevent a criticality from occurring inside a waste package. In addition, it is very unlikely that a sufficient quantity of fissionable materials could accumulate outside of the waste packages in the precise configuration and with the required conditions to create a criticality. If, somehow, an external criticality were to occur, analyses indicate that it would have only minor effects on repository performance. An explosive external criticality is not credible.

## What we are learning

The performance assessment shows that the most significant single factor affecting the ability of the repository to protect public health and safety would be the amount of water that directly contacts the waste. Yucca Mountain itself would provide the first major barrier to such contact, ensuring that the repository would not be flooded by either a rise in the deep water table or by infiltration of water from the surface during periods much wetter than the present. However, some waste packages will experience dripping water, and the amount is uncertain.

To address this concern, the reference design includes multiple barriers to limit water contact with the waste. The inner and outer waste package layers and the metal cladding on the spent fuel are barriers between water and the waste.

The vast majority of the radionuclides in the waste are not mobile in water and thus pose no threat to public health and safety, even when the waste package and cladding are breached and the waste is exposed to water. However, a very small fraction of the radionuclides (representing less than 0.2 percent of the initial radioactivity of all the radionuclides) are able to dissolve and move. While the quantities of the radionuclides that could reach the environment appear to be small, they nevertheless pose a potential health hazard that must be addressed.

Total system performance assessments of the reference design indicate that, for 10,000 years after the repository is closed, people living near Yucca Mountain would receive little or no increase in radiation exposure. After about 300,000 years, people living about 20 kilometers (12 miles) south of Yucca Mountain might receive additional radiation doses that are comparable to present-day doses from natural background radiation.

Although the performance assessments are encouraging, there are remaining uncertainties that should be addressed before a site recommendation decision is made and a license application is submitted to the Nuclear Regulatory Commission. Therefore, DOE plans to conduct further tests of the site and of candidate waste package materials in support of the license application. The DOE also plans to evaluate alternative repository designs that could reduce the possible doses to people living near Yucca Mountain thousands of years in the future.

## Plan to complete a license application

In the next four years, DOE will focus on improving the repository and waste package design, strengthening the understanding of the key natural processes, preparing the environmental impact statement, and developing the information needed to support the site recommendation decision. Because a license application takes years to prepare, DOE has begun to assemble the information needed to support one.

Before DOE can submit a license application to the Nuclear Regulatory Commission (NRC), the Nuclear Waste Policy Act requires the following decisions, any one of which can stop the process:

- The Secretary must decide, based on a formal evaluation of the site and after considering the views of States, affected Indian tribes, and the NRC, whether to recommend the site to the President. A site recommendation must be accompanied by an environmental impact statement, which is scheduled for completion in 2000. Current schedules plan for a site recommendation to be made in 2001.

- The President will then decide, possibly in 2001, whether to recommend the Yucca Mountain site to Congress.

- If the Governor and legislature of Nevada submit a notice of disapproval to Congress, Congress must then decide whether to override Nevada's objections and approve the Yucca Mountain site.

If the preceding decisions are made in a timely manner and ultimately support development of a repository at the Yucca Mountain site, DOE would submit a license application to NRC in 2002.

To obtain an NRC license, DOE must demonstrate that a repository can be constructed, operated, monitored, and eventually closed without unreasonable risk to the health and safety of workers and the public. The challenge in licensing a geologic repository is demonstrating a reasonable assurance of compliance with long-term safety standards for many thousands of years. However, the recent issuance of a permit by the Environmental Protection Agency for the disposal of long-lived transuranic waste in the Waste Isolation Pilot Plant shows that compliance with long-term safety standards is achievable. In preparing to submit a license application, DOE is drawing on the Waste Isolation Pilot Plant experience and focusing on both operational and long-term safety issues.





## Operational safety

To ensure that a repository can be operated safely, DOE is using demonstrated technology and accepted design criteria, systematically identifying design-basis events, and classifying all repository structures, systems, and components on the basis of their importance to safety.

### *Demonstrated technology and accepted design criteria*

Designing waste-handling facilities and operations is not a unique endeavor. Many codes, standards, and Nuclear Regulatory Commission regulatory guidance documents, along with many years of industry experience in the operation of nuclear facilities, can be applied to preclosure repository design and operations. (Preclosure refers to the time when waste is being emplaced and monitored.) Many elements of the reference design are based on demonstrated technology and accepted design criteria to ensure protection of both workers and the public during the preclosure period of repository operations.

### *Identification of design-basis events and safety classifications*

Nuclear Regulatory Commission regulations require DOE to identify internal design-basis events (such as dropping a waste package) and external design-basis events (such as an earthquake) that could cause accidents resulting in unacceptable radiation exposures to workers or to the public. The regulations require that DOE protect both workers and the public when designing any engineered structures, systems, or components that are important to safety: all such elements must be able to withstand design-basis events. The DOE is now identifying design-basis events, performing safety classifications, and incorporating the resulting design requirements into its design requirements documentation.





Artist's concept of operations to move waste underground. Remote-controlled equipment would be used to place waste packages on rail cars and move the rail cars into shielded transporters. Human-operated electric locomotives would take loaded transporters underground.

## Long-term safety

To reduce current uncertainties and increase confidence that a repository can contain and isolate waste for thousands of years, DOE is focusing its ongoing efforts on three major areas:

- Increasing understanding of the key natural processes that are important to long-term performance of a repository
- Improving the design of key engineered components of a repository
- Increasing confidence in performance assessment models

These three sets of activities will be the focus of DOE work between this viability assessment and the site recommendation decision, which could lead to submission of a license application.

### *Increasing understanding of the key natural processes that are important to long-term performance of a repository*

The key natural processes are water movement through the unsaturated zone above and below the repository, the effect of heat from the waste packages on moisture in the rock around the tunnels, and the movement of groundwater beneath the repository. Increased understanding of these processes will reduce the uncertainties about the performance of a repository.

The DOE is conducting experiments to determine how water could move through the unsaturated zone above and below the repository tunnels. In one experiment, water containing chemical tracers is being injected into the rock, and scientists are measuring how much and how quickly water moves through the rock. In another experiment, microspheres are being injected into the rock to simulate possible colloidal transport of radionuclides. These experiments will provide more data on how much water might infiltrate the repository and how water could transport radionuclides to the water table.

The DOE is also conducting experiments on the effect of heat generated by the waste packages on moisture in the surrounding rock. Large heaters have been placed in areas of the existing tunnel, and scientists are observing the effect of the heat on the unsaturated rock. These experiments will increase understanding of how water would be driven away from the waste packages during the period of high temperature and how, later, declining temperatures could affect water movement through the unsaturated zone.

Additional information on the movement of water in the saturated zone below the water table will be gained from a series of wells installed by DOE and from wells being installed by Nye County, Nevada.



Completed single-element heater test

### *Evaluating ways to improve the design of key engineered components of a repository*

As the design process progresses, DOE is evaluating several design options and alternatives that could reduce existing uncertainty and improve the performance of the repository system. Some of these options and alternative concepts were suggested by the Nuclear Waste Technical Review Board and by stakeholders such as the Nuclear Waste Repository Project Office of Nye County, Nevada.




The repository design will incorporate design margin and defense in depth to increase confidence in repository performance. Design margin provides an extra margin of safety. For example, the waste package thickness could be increased to provide extra design margin. Defense in depth is intended to ensure that failure in any one barrier would not lead to unacceptable performance of the entire repository system.

The DOE will continue evaluating drip shields, ceramic coatings, and backfill options that could increase both design margin and defense in depth.

The DOE is also considering alternative repository design concepts, some of which are significantly different from the current reference design. One alternative involves a much cooler, ventilated repository design, so that moisture in the surrounding rock would never reach the boiling point. This alternative would reduce the complexity of the interaction between the natural and engineered barriers. Another alternative is to use a shielded waste package that would allow human entry into the emplacement drifts for inspection and, if necessary, remedial action.





DA 106066