### *Increasing the reliability of performance assessment models*

While forecasts of repository performance over thousands of years can never be proven, laboratory and field studies and experiments provide opportunities to validate the performance assessment models. By comparing the empirical results of the experiments with the predicted results of the models, analysts can assess how well their models represent the natural processes and engineered features of a repository. Validating the performance assessment models will reduce uncertainties and increase confidence that a repository will work as expected.




Schematic cross-section of Yucca Mountain and depiction of processes that are important to repository performance

## Cost of licensing, building, operating, monitoring, and closing a repository

The estimated cost to complete the repository design and other necessary work and to prepare and submit a license application in 2002 is approximately $1.1 billion, in constant 1998 dollars. This includes the costs of completing an environmental impact statement in 2000, and providing the information needed by the States, the Secretary, the President, the Congress, and the public.

The estimated cost to complete the licensing process and construct, operate, monitor, and close a repository is approximately $18.7 billion, in constant 1998 dollars. This cost estimate is based on the following assumptions:

- A license application is submitted in 2002, and the Nuclear Regulatory Commission approves construction of the repository in 2005.
- Emplacement of waste in the repository begins in 2010 and ends in 2033.
- After a five-year start-up phase, commercial spent nuclear fuel is emplaced at a full-scale rate of approximately 3,000 metric tons per year.
- A total of 70,000 metric tons of waste is emplaced, including 63,000 metric tons of commercial spent nuclear fuel, 2,333 metric tons of defense spent nuclear fuel, and 4,667 equivalent metric tons of high-level radioactive waste.
- The repository remains open for 100 years after the start of operations. Closing and sealing the repository begin in 2110 and are completed in 2116.

The DOE is evaluating options for constructing and operating the repository that would reduce construction costs before emplacement begins in 2010. The surface facilities and tunnels could be constructed in phases, or modules. This modular approach could reduce annual costs but also could increase the total cost of constructing and operating the repository. These options will be evaluated in conjunction with the study of alternative designs described in the preceding section.

## Repository costs

The $18.7 billion estimated repository cost reflects several factors. The repository subsurface facilities would consist of approximately 100 miles of steel- or concrete-lined tunnels, and underground operations would involve remotely operated equipment. The waste packages would be made of high grade materials and manufactured under strict quality controls and standards. The surface facilities would be designed to handle a high volume of commercial spent fuel—3,000 metric tons per year. Performance confirmation and monitoring would continue for 100 years before closing and sealing the repository.

Because research is ongoing and the repository design has not yet been selected, there is uncertainty in the cost estimate. To compensate for the uncertainty, contingencies have been incorporated into the cost estimates.






Allocation of costs to construct, operate, monitor, and close a geologic repository at Yucca Mountain

## Total system life cycle costs

A monitored geologic repository is only one component of a total waste management system, which would also include overall system management, transportation, and benefits to the State of Nevada. The total life cycle costs for a complete waste management system include the following elements:

- Total program costs from 1983 through 1998 were approximately $5.9 billion in year-of-expenditure dollars. Site characterization activities at all nine of the initial candidate sites and the five-mile exploratory tunnel at Yucca Mountain account for the largest portion of the costs to date.
- The estimated costs to complete a license application and supporting documents is $1.1 billion, in constant 1998 dollars.
- The estimated costs to complete the repository design and licensing process, and then build, operate, monitor, close, and seal the repository are $18.7 billion.
- The estimated costs of expanding the repository to accommodate additional waste beyond the current 70,000 metric-ton statutory limit, if authorized, would be approximately $4.5 billion.
- The estimated costs of transporting wastes to Yucca Mountain are approximately $6.7 billion.
- Estimated payments equivalent to taxes and other benefits to the State of Nevada and affected units of local government are approximately $3.2 billion.
- The estimated costs of managing the entire system are $2.5 billion.

The total of estimated future costs is $36.6 billion, in constant 1998 dollars. (The additive total of the elements above differs due to rounding.)




Profile of total system life cycle costs. These cost estimates reflect DOE's best projections, given the scope of the work identified and planned schedule of required activities. Future events and information could result in changes to both costs and schedules. Future budget requests for the program have yet to be established and will be determined through the annual executive and congressional budget process.

## Who pays?

The Nuclear Waste Policy Act of 1982 requires entities that generate spent nuclear fuel and high-level radioactive waste to pay for the costs of disposal. The utilities with nuclear power plants pay a fee to fund the disposal of wastes from their plants, while the Federal Government uses tax revenues to pay for the disposal of radioactive waste from the nation's defense programs.

The Act directs the Secretary of Energy to enter into fee-for-service contracts with utilities for disposing of the waste. In return for this service, utilities pay annual fees that are deposited into a Nuclear Waste Fund where the money earns interest until spent. In setting up the Fund, Congress recognized that the disposal program is an extremely complex, first-of-a-kind scientific and engineering project and one that can succeed only through a sustained effort over many decades. Thus, the Fund is designed to provide the adequate, assured, and stable funding—free from normal budgetary pressures—required for such a long-term effort.

The Nuclear Waste Fund is intended to cover the entire cost of disposing of commercial spent nuclear fuel. The Secretary of Energy regularly reviews the Fund and projected costs of the program to determine whether the fees will be enough to recover the full costs. If the fees are too high or too low, the Secretary is authorized to propose any required changes.

The DOE has determined that the amount generated by the current fees, including the unspent balance and accumulating interest, is sufficient to cover the total system life cycle costs of disposing of commercial spent nuclear fuel. This assumes that the unspent balance and interest income from the Nuclear Waste Fund will remain available for their originally intended purpose.






Historical and projected program income and costs through the waste emplacement phase. These cost estimates reflect DOE's best projections, given the scope of the work identified and planned schedule of required activities. Future events and information could result in changes to both costs and schedules. Future budget requests for the program have yet to be established and will be determined through the annual executive and congressional budget process.

## Concluding observations

Based on the viability assessment, DOE believes that Yucca Mountain remains a promising site for a geologic repository and that work should proceed to support a decision in 2001 on whether to recommend the site to the President for development as a repository. Over 15 years, extensive research has validated many of the expectations of the scientists who first suggested that remote, desert regions of the Southwest are well-suited for a geologic repository. Engineered barriers can be designed to contain waste for thousands of years, and the natural barriers can delay and dilute any radioactive material that migrates from the waste packages. Current models indicate that the possible radiation exposure to future populations living nearby could be comparable to present-day exposure levels from natural background radiation. Design alternatives that may improve performance and reduce remaining uncertainties are now being evaluated.

The performance of a geologic repository over such long time periods—longer than recorded human history—cannot be proven beyond all doubt. Forecasts about future geologic and climatic conditions and engineering estimates of how long the waste packages will remain intact cannot be directly validated. The mathematical models used in the performance assessment are subject to uncertainties that can be reduced but never completely eliminated.

The Nuclear Regulatory Commission's general standard for meeting geologic repository regulatory criteria and objectives is reasonable assurance. While considerable uncertainties remain today, DOE believes that reasonable assurance should be achievable in the licensing process after the planned work is completed. The DOE believes, therefore, that ongoing work at Yucca Mountain should proceed as planned.

37

## Endnotes

The numbers at the end of each reference are Office of Civilian Radioactive Waste Management accession numbers. See the inside front cover of this document for whom to contact regarding more information.


[1] Energy and Water Development Appropriations Act, 1997. Public Law 104-206. 238115.

[2] For a description and discussion of radioactive waste and its management, see The League of Women Voters 1993. *The Nuclear Waste Primer: A Handbook for Citizens.* New York: League of Women Voters Education Fund. 210697.

[3] U.S. District Court, Utah 1995. Joint Motion for Entry of Consent Order Based on Settlement Agreement and Consent Order in the Case of Public Service Co. of Colorado v. Batt, October 17, 1995. Civil Case No. 91-0054-S-EJL (Legal Pleadings). U.S. District Court for the District of Idaho. 240346.

[4] U.S. Department of Energy 1997. *Linking Legacies: Connecting the Cold War Nuclear Production Processes to Their Environmental Consequences.* DOE/EM-0319, pp. 34-38. Washington, D.C.: DOE. 241255.

[5] National Academy of Sciences/National Research Council 1957. *The Disposal of Radioactive Waste on Land.* Publication 519, p. 4. Washington, D.C.: National Academy Press. 241256.

[6] U.S. Department of Energy 1980. *Final Environmental Impact Statement, Management of Commercially Generated Radioactive Waste.* DOE/EIS-0046F. Washington, D.C.: DOE. 205022.

[7] National Research Council 1990. *Rethinking High-Level Radioactive Waste Disposal, A Position Statement of the Board on Radioactive Waste Management,* p. vii. Washington, D.C.: National Academy Press. 241259.

[8] Nuclear Waste Policy Act of 1982. Public Law 97-425. 222165.

[9] 10 CFR [Code of Federal Regulations] 60. Energy: Disposal of High-Level Radioactive Waste in Geologic Repositories. 239474.

[10] Nuclear Waste Policy Amendments Act of 1987. Public Law 100-203. 223717.

[11] 10 CFR 60. Energy: Disposal of High-Level Radioactive Wastes in Geologic Repositories. 239474.

[12] Energy Policy Act of 1992. Public Law 102-486. 233191.

[13] National Research Council 1995. *Technical Bases for Yucca Mountain Standards.* Washington, D.C.: National Academy Press. 104723.

[14] Interagency Review Group on Nuclear Waste Management 1979. *Report to the President by the Interagency Review Group on Nuclear Waste Management.* TID-29442, p. 37. Washington, D.C.: DOE. MOL.19980625.0169.

[15] Letter from Dr. Vincent McKelvey to Richard W. Roberts, Assistant Administrator for Nuclear Energy, U. S. Energy Research and Development Administration, Washington, D.C. July 9, 1976. 238792.

[16] Winograd, I.J. 1981. "Radioactive Waste Disposal in Thick Unsaturated Zones." *Science, 212,* pp. 1457-1464. Washington, D.C.: American Association for the Advancement of Science. 217258.

[17] National Research Council 1990. *Rethinking High-Level Radioactive Disposal, A Position Statement of the Board on Radioactive Waste Management,* pp. 5–6. Washington, D.C.: National Academy Press. 241260.

[18] DOE 1992. *Science, Society, and America's Nuclear Waste, Unit 1, Teacher Guide.* DOE/RW-0361 TG. Washington, D.C.: DOE. 214909.

[19] League of Women Voters 1993. *The Nuclear Waste Primer: A Handbook for Citizens*, p. 12. New York: League of Women Voters Education Fund. 210697.

[20] National Research Council 1995. *Technical Bases for Yucca Mountain Standards*, p.12. Washington, D.C.: National Academy Press. 104273.

# Glossary

**Adsorb** — To transfer dissolved materials, including radionuclides, in groundwater to the solid geologic surfaces with which they come in contact.

**Background radiation** — Radiation arising from natural radioactive material always present in the environment, including solar and cosmic radiation, and radiation from radon gas, soil and rocks, and the human body.

**Cladding** — The metallic outer sheath of a nuclear reactor fuel element, generally made of a zirconium alloy. It is intended to isolate the fuel element from the external environment.

**Colloid** — Small particles in the size range of $10^{-9}$ to $10^{-6}$ meters that are suspended in a solvent. Naturally occurring colloids in groundwater arise from clay minerals.

**Defense in depth** — A strategy based on a system of multiple, independent, and redundant barriers, designed to ensure that failure in any one barrier does not result in failure of the entire system.

**Design margin** — Margin of safety in specifications for engineered components to account for uncertainty in the conditions to which the components will be subjected and for variability in the properties of component materials.



**Dose** — A quantity of radiation or energy absorbed by any material; measured in rads. Equivalent dose measures the amount of damage to human tissues from a radiation dose; equivalent dose is measured in rems.

**Drift** — From mining terminology, a horizontal underground passage.

**Gantry** — A movable crane carried on a four-legged portal frame that runs along rails.

**High-level radioactive waste** — Highly radioactive material resulting from the reprocessing of spent nuclear fuel. Originally produced in liquid form, high-level radioactive waste must be solidified before disposal.

**Invert** — (1) The low point of something such as a tunnel, drift, or drainage channel. (2) An engineered structure or material placed on excavated drift floors (the low points) to serve as structural support for drift transportation or emplacement systems.

**Isotope** — One of two or more atomic nuclei with the same number of protons (i.e., the same atomic number) but with a different number of neutrons (i.e., a different atomic weight). For example, uranium-235 and uranium-238 are both isotopes of uranium.

**Metric ton** — In this document, metric ton means a *metric ton of heavy metal*. A metric ton is a unit of mass equal to 1,000 kg (about 2,205 lb). Heavy metals are those with atomic masses greater than 230. Examples include thorium, uranium, plutonium, and neptunium.

| | |
|---|---|
| Millirem | A millirem is one one-thousandth of a rem, which is the unit of equivalent dose. Equivalent dose is a measure of the effect that radiation has on humans. The equivalent dose takes into account the type of radiation and the absorbed dose. Rem is an initialism for Roentgen equivalent man. |
| Natural analog | Natural geologic systems that parallel situations that can develop in man-made systems. An example of a natural analog is the natural nuclear reactor at the Oklo uranium deposit in Gabon, Africa, which can be used as a source of analog data for conceptual models of nuclear criticality. |
| Non-welded tuff | See *Tuff.* |
| Percolate | Referring to the movement of water downward through soil and rock. |
| Performance assessment | An analysis that predicts the behavior of a system or system component under a given set of constant and/or transient conditions. Repository performance assessments will include estimates of the effects of uncertainties in both data and modeling. |
| Radioactive waste | For the purpose of this document, spent nuclear fuel or high-level radioactive waste. |
| Radionuclide | A radioactive isotope. |
| Saturated zone | The region below the water table where rock pores and fractures are completely saturated with groundwater. |
| Spent nuclear fuel | Fuel that has been withdrawn from a nuclear reactor following irradiation, the constituent elements of which have not been separated by reprocessing. |
| Transuranic waste | Waste contaminated with uranium-233 or with radionuclides having atomic numbers greater than that of uranium. |
| Tuff | Rock derived from volcanic ash. *Welded tuff* results when the volcanic ash is hot enough to melt together and is further compressed by the weight of overlying materials. *Non-welded tuff* results when volcanic ash cools in the air sufficiently that it doesn't melt together, yet later becomes rock through compression. |
| Unsaturated zone | The zone of soil and rock between the land surface and the water table. |
| Water table | The upper limit of the portion of the ground wholly saturated with water. |
| Welded tuff | See *Tuff.* |

## Acronyms

DOE Department of Energy

EPA Environmental Protection Agency

NAS National Academy of Sciences

NRC Nuclear Regulatory Commission

NWPA Nuclear Waste Policy Act of 1982





The following number is for Office of Civilian Radioactive Waste Management Records Management purposes only and should not be used when ordering this publication.
Accession No. MOL.19981007.0027



Viability Assessment of a Repository at Yucca Mountain



*Maine Yankee Independent Spent Fuel Storage Installation (ISFSI)*