# In the United States Court of Federal Claims

No. 98-126C
(Filed October 5, 2005)

| | |
|---|---|
| ****************************** | |
| YANKEE ATOMIC | * |
| ELECTRIC COMPANY, | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ****************************** | |

**ORDER**[1/]

**SCHEDULING ORDER**

This Order is to confirm the scheduling of a telephone conference call to take place Wednesday, October 6, 2004, at 2:30 p.m..

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.