No. 98-474C
(Senior Judge Merow)

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MAINE YANKEE ATOMIC POWER COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

## DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM, AND DEFENDANT'S ALTERNATIVE MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS PURSUANT TO RCFC 13(f) AND 15(b)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D. C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
Washington, D.C. 20585

KEVIN B. CRAWFORD
JOHN K. EKMAN
STEPHEN FINN
HEIDE L. HERRMANN
R. ALAN MILLER
SONIA M. ORFIELD
RUSSELL A. SHULTIS
MARIAN E. SULLIVAN
Department of Justice
Washington, D.C. 20585

October 15, 2004

Attorneys for Defendant