TABLE OF CONTENTS

PAGE(S)

DISCUSSION . . . . . 2

I. PURSUANT TO RCFC 15(a), THE COURT SHOULD GRANT THE GOVERNMENT LEAVE TO FILE ITS AMENDED ANSWER AND COUNTERCLAIM . . . . . 2

A. The Plaintiffs' Complaints Regarding "Undue Delay" Do Not Preclude The Court's Ability To Grant The Government's Motion To Amend . . . . . 2

B. Neither CYA Nor MYA Has Identified Any Prejudice From The Timing Of The Government's Motion . . . . . 6

C. The Government's Counterclaims Are Not Futile . . . . . 11

II. THE COURT SHOULD PERMIT THE GOVERNMENT TO ADD ITS COUNTERCLAIMS PURSUANT TO RCFC 13(f) . . . . . 13

III. THE COURT SHOULD PERMIT THE GOVERNMENT TO ADD ITS COUNTERCLAIMS BY AMENDING THE PLEADINGS TO CONFORM TO THE EVIDENCE PURSUANT TO RCFC 15(b) . . . . . 16

CONCLUSION . . . . . 19

# TABLE OF AUTHORITIES

CASES PAGE(S)

Alabama Power Co. v. Department of Energy,
307 F.3d 1300 (11th Cir. 2002) . . . . . . . . . . 13

Bluebonnet Savings Bank, F.S.B. v. United States,
339 F.3d 1341 (Fed. Cir. 2003) . . . . . . . . . . 11, 12

Brock & Blevins Co. v. United States,
170 Ct. Cl. 52, 343 F.2d 951 (1965) . . . . . . . . . . 4

Budd Co. v. Travelers Indemnity Co.,
820 F.2d 787 (6th Cir. 1987) . . . . . . . . . . 14

Buder v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,
644 F.2d 690 (8th Cir. 1981) . . . . . . . . . . 8, 9

Engineered Products Co. v. Donaldson Co.,
225 F. Supp. 2d 1069 (N.D. Iowa 2002) . . . . . . . . . . 3, 9

Foman v. Davis,
371 U.S. 178 (1962) . . . . . . . . . . 2

Government System Advisors, Inc. v. United States,
847 F.2d 811 (Fed. Cir. 1988) . . . . . . . . . . 7

I.M.L. Freight, Inc. v. United States,
639 F.2d 676 (Ct. Cl. 1980) . . . . . . . . . . 8

Koston v. Secretary of Health & Human Services,
23 Cl. Ct. 597 (1991), aff'd on other grounds, 974 F.2d 157 (Fed. Cir. 1992) . . . . . . . . 9

Laningham v. United States,
5 Cl. Ct. 146 (1984) . . . . . . . . . . 16

Louisville Trust Co. v. Glenn,
66 F. Supp. 872 (W.D. Ky. 1946) . . . . . . . . . . 14, 15

Mazama Timber Products, Inc. v. United States,
6 Cl. Ct. 87 (1984) . . . . . . . . . . 9

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Mega Construction Co. v. United States,
29 Fed. Cl. 396 (1993) . . . . . . . . . . 8, 9

P.J. Maffei Building Wrecking v. United States,
732 F.2d 913 (Fed. Cir. 1984) . . . . . . . . . . 7

Senza-Gel Corp. v. Seiffhart,
803 F.2d 661 (Fed. Cir. 1986) . . . . . . . . . . 4, 6

Singer Manufacturing Co. .v Shepard,
13 F.R.D. 509 (S.D.N.Y. 1952) . . . . . . . . . . 15

Smith Contracting Corp. v. Trojan Construction Co.,
192 F.2d 234 (10th Cir. 1951) . . . . . . . . . . 14

Southeastern Airways Corp. v. United States,
673 F.2d 368 (Ct. Cl. 1982) . . . . . . . . . . 9

Spartan Grain & Mill Co. v. Ayers,
517 F.2d 214 (5th Cir. 1975) . . . . . . . . . . 14

St. Paul Fire and Marine Insurance Co. v. United States,
31 Fed. Cl. 151 (1994) . . . . . . . . . . 2

T.J. Stevenson & Co. v. 81,193 Bags of Flour,
629 F.2d 338 (5th Cir. 1980) . . . . . . . . . . 14

Te-Moak Bands of Western Shoshone Indians of Nevada v. United States,
948 F.2d 1258 (Fed. Cir. 1991) . . . . . . . . . . 2, 3

White v. Delta Construction International, Inc.,
285 F.3d 1040 (Fed. Cir. 2002) . . . . . . . . . . 11

TABLE OF AUTHORITIES (cont'd)

STATUTES and REGULATIONS PAGE(S)

31 U.S.C. § 3728 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 9

10 C.F.R. § 961.11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

MISCELLANEOUS

6 C. Wright, A. Miller, & M. Kane, Federal Practice & Procedure § 1430 (2d ed. 1990) . . 13, 14

6 C. Wright, A. Miller, & M. Kane, Federal Practice & Procedure § 1487 (2d ed. 1990) . . . . . . 6

6A C. Wright, A. Miller, & M. Kane, Federal Practice & Procedure § 1491 (2d ed. 1990) . 16, 17

6A C. Wright, A. Miller, & M. Kane, Federal Practice & Procedure § 1492 (2d ed. 1990) . 17, 18

6A C. Wright, A. Miller, & M. Kane, Federal Practice & Procedure § 1493 (2d ed. 1990) . 16, 18

6A C. Wright, A. Miller, & M. Kane, Federal Practice & Procedure § 1495 (2d ed. 1990) . . . . 17