# In the United States Court of Federal Claims

No. 98-126C
(Filed November 12, 2004)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

On November 11, 2004, Defendant's Motion for Enlargement of Time was filed. Defendant requests an enlargement of time to and including November 17, 2004, within which to file initial post-trial briefs and proposed findings of fact.

Accordingly, it is **ORDERED** that defendant's motion, filed November 11, 2004, is **GRANTED** and parties' initial post-trial briefs and proposed findings of fact shall be filed November 17, 2004.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.