# In the United States Court of Federal Claims

No. 98-126C
(Filed November 17, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

On November 17, 2004, Defendant's Motion for Leave to File Documents Under Seal Electronically was filed. Defendant requests leave pursuant to ¶ 7 of General Order 42A, to file post-trial submissions under seal.

Accordingly, it is **ORDERED** that defendant's motion for leave, filed November 17, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.