IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE
TO FILE CORRECTED PROPOSED FINDINGS OF FACT[1]

Defendant, the United States, respectfully requests leave of the Court to file a corrected copy of defendant's post-trial proposed findings of fact. When we submitted our proposed findings of fact on November 18, 2004, we inadvertently failed to attach a signature page as required by RCFC 11(a). Accordingly, we respectfully request the Court's permission to submit a corrected copy of defendant's proposed findings of fact that will include the signature page. Otherwise, the corrected document will be identical to that filed on November 18, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

---

1/ The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (collectively referred to as the "Yankee" cases).

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

November 22, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 22nd day of November, 2004, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED PROPOSED FINDINGS OF FACT" was filed electronically. I understand that notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Harold D. Lester, Jr.