IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION UPON BEHALF OF BOTH
PARTIES TO AMEND THE POST-TRIAL BRIEFING SCHEDULE[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests, upon behalf of both parties, that the Court amend the briefing schedule that it entered on October 12, 2004, to modify the due dates for the parties' post-trial response briefing and post-trial reply briefs. Pursuant to the Court's October 12, 2004 order, the parties' post-trial response briefs and responses to proposed findings of fact are due to be filed by December 2, 2004, and their reply briefs are due by December 22, 2004. The parties have agreed to request that the Court modify these dates and order that post-trial response briefs and responses to proposed findings of fact be filed by December 22, 2004, and that post-trial reply briefs be filed by January 28, 2005.

As the Court is aware, in its October 12, 2004 order, the Court established due dates of November 4, December 2, and December 22, 2004, for, respectively, the parties' post-trial initial briefs (and proposed findings of fact), response briefs (and responses to proposed findings of fact), and reply briefs. Subsequently, the due date for the parties' initial briefs was extended to

---

1/ The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C.

November 18, 2004. Because the parties exchanged their initial post-trial briefs less than a week ago, and in light of the impending Thanksgiving holiday, neither party will have sufficient time to prepare a thorough response brief or responses to proposed findings of fact by the current due date of December 2, 2004. Further, as the Court may recall, the parties discussed with the Court during recent telephonic status conferences that, in light of the extension of the due date for the filing of their post-trial initial briefs, they would need to extend the due dates for their response and reply briefs. During one of those conferences, the Court suggested that the parties consider deferring their reply briefs until after the scheduled closing arguments, which are currently scheduled for January 14, 2005, so that the parties could address any questions that the Court may raise during closing arguments in the reply briefing. The parties have discussed the Court's suggestion, have agreed upon December 22, 2004 as an appropriate date for filing post-trial response briefs and responses to proposed findings of fact, and, in accordance with the Court's suggestion, have agreed upon January 28, 2005 as an appropriate date for filing post-trial reply briefs.

For the foregoing reasons, defendant, upon behalf of both parties, respectfully requests that the Court grant this request to amend the current briefing schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

November 24, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 24th day of November, 2004, a copy of foregoing "DEFENDANT'S MOTION UPON BEHALF OF BOTH PARTIES TO AMEND THE POST-TRIAL BRIEFING SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.