# In the United States Court of Federal Claims

No. 98-126C
(Filed December 17, 2004)

******************************
YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.
******************************

**ORDER**[1/]

A telephone conference call was held, December 17, 2004, wherein parties agreed to extend the filing date for post-trial response briefs and responses to proposed findings of fact to, and including, January 10, 2005.

Accordingly, it is **ORDERED** that post-trial response briefs and responses to proposed findings of fact shall be filed on or before January 10, 2005.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.

# In the United States Court of Federal Claims

No. 98-126C
(Filed December 17, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

A telephone conference call was held, December 17, 2004, wherein parties agreed to extend the filing date for post-trial response briefs and responses to proposed findings of fact to, and including, January 10, 2005.

Accordingly, it is **ORDERED** that post-trial response briefs and responses to proposed findings of fact shall be filed on or before January 10, 2005.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.