# In the United States Court of Federal Claims

No. 98-126C
(Filed December 20, 2004)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

On December 20, 2004, counsel for plaintiffs, Jerry Stouck, informed chambers by telephone that the parties have agreed on a new date for oral argument.

Accordingly, in accord with the parties agreement in this matter, it is **ORDERED** that oral argument is rescheduled for January 24, 2005 at 10:00 a.m., at the U. S. Court of Federal Claims, 717 Madison Place, NW, Washington, D.C. The courtroom location will be posted in the lobby of the National Courts Building.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.