IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A ONE-DAY ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant the parties an additional one-day enlargement of time, allowing the parties to file their responses to the opposing parties' proposed post-trial findings of fact and post-trial response briefs by 5 p.m. on January 13, 2005. Currently, those pleadings are due to be filed on January 12, 2005. Pursuant to the Court's December 17 and January 7, 2004 orders, the parties' post-trial response briefs and responses to proposed post-trial findings of fact are due to be filed by January 12, 2005. Counsel for plaintiff, Jerry Stouck, has represented that plaintiffs will not oppose this motion. The Government represents that it will not seek any additional enlargements of time for this purpose.

We have found it very difficult to coordinate the multiple case filings that we have to prepare to respond to the three individual plaintiffs' cases. Specifically, given that each of the plaintiffs filed separate proposed findings of fact, and, in particular, given that each of the three plaintiffs has its own set of damages, we have to respond to each of the damages claims – particularly, the specific numbers identified in each separate case – in separate filings. We did

[1] The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C.

not properly anticipate the time that would be necessary to complete these tasks in three separate cases and, because of the limited number of individuals familiar with the damages number, have had to perform that work sequentially, rather than simultaneously. We are attempting to provide a complete response to the three plaintiffs' damages claims. Because closing arguments in these cases are not scheduled until January 24, 2005, it does not appear that this motion will unduly prejudice the Court or the plaintiffs. Accordingly, to allow us to complete these activities, we respectfully request that the Court grant the parties until 5 p.m. on January 13, 2005, to file their post-trial response briefs and responses to proposed post-trial findings of fact.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of one additional day.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

January 12, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 12th day of January, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A ONE-DAY ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.