# In the United States Court of Federal Claims

No. 98-126C
(Filed January 13, 2005)

******************************
YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.
******************************

**ORDER**[1/]

On October 15, 2004, in *Connecticut Yankee v. United States*, Case No. 98-154C and *Maine Yankee v. United* States, Case No. 98-474C, defendant filed its Reply to Plaintiff's Opposition to Defendant's Motion for Leave to File Amended Answer and Counterclaims, with an alternative Motion for Leave to File Amended Answer and Counterclaims Pursuant to RCFC 13(f) and 15(b).

Accordingly, as the issues raised in these motions are intertwined with other aspects of this litigation, it is **ORDERED** that:

(1) Action on the Motion for Leave to File Amended Answer and Counterclaims and Defendant's Alternative Motion for Leave to File Amended Answer and Counterclaims Pursuant to RCFC 13(f) and 15(b) and responses thereto shall be **DEFERRED** for consideration and resolution as a part of the case-in-chief in this matter, and can be addressed in oral argument scheduled for **January 24, 2004.**

(2) As a part of the scheduled oral argument the parties may also address, to the extent relevant, the jurisdictional issues raised in the Order to Show Cause and for

---

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.

Additional Briefing filed in *Florida Power & Light Company, et al.*, Case Nos. 98-483C, 98-485C, 01-116C, 01-551C on October 15, 2004.

s/ James F. Merow
James F. Merow
Senior Judge