IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY, )
Plaintiff, )
v. ) No. 98-126C
) (Senior Judge Merow)
THE UNITED STATES, )
Defendant. )

DEFENDANT'S MOTION FOR LEAVE TO FILE
ITS POST-TRIAL RESPONSE BRIEF AFTER THE 5 P.M. DEADLINE[1]

Defendant, the United States, respectfully requests that the Court grant the Government leave to file its post-trial response brief after the 5 p.m. deadline that was established in the order that the Court issued yesterday. Pursuant to yesterday's order, and the prior agreement of the parties, the parties' post-trial response briefs and responses to proposed post-trial findings of fact were to be filed by 5 p.m. today. Unfortunately, as the Court was made aware telephonically by Mr. Stouck earlier this afternoon, one of the key individuals who was responsible for drafting, coordinating, and assembling the Government's post-trial response pleadings had an unexpected medical issue this morning and was ordered by her doctor that she could not return to work. This unexpected turn of events required us to reorganize our efforts to complete our post-trial response filings, which was complicated by the fact that, today, the Government was also scheduled to participate in oral argument in a spent nuclear fuel case, Canal Electric Co. v. United States, No. 04-0035C (Fed. Cl.) (Hodges, J.), and in an afternoon status conference in a second set of spent nuclear fuel cases, Pacific Gas & Electric v. United States, Nos. 04-0074C &

[1] The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C.

-0075C (Fed. Cl.). We have worked diligently throughout the day to ascertain the status of the work that was being performed by the attorney who was unable to continue assisting in this matter and to complete that work, along with the other work that other attorneys had planned to perform today. Unfortunately, we were unable to complete all of the necessary tasks by the 5 p.m. deadline, and we respectfully request that, because of this unexpected medical issue, we be permitted to file our post-trial response brief after the 5 p.m. deadline established in yesterday's order. A copy of the Government's post-trial response brief accompanies this motion for leave.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

January 13, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of January, 2005, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE ITS POST-TRIAL RESPONSE BRIEF AFTER THE 5 P.M. DEADLINE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.