No. 98-126C
(Senior Judge Merow)

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

## DEFENDANT'S RESPONSE TO PLAINTIFFS' INITIAL POST-TRIAL BRIEFS

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D. C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Ave, N.W.
Washington, D.C. 20585

JOHN C. EKMAN
MARIAN E. SULLIVAN
HEIDE L. HERRMANN
R. ALAN MILLER
KEVIN B. CRAWFORD
RUSSELL A. SHULTIS
SONIA ORFIELD
STEPHEN FINN
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

January 13, 2005

Attorneys for Defendant