# In the United States Court of Federal Claims

No. 98-126C
(Filed January 25, 2005)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1]

During the closing argument held on January 24, 2005, the parties requested that the deadline for filing post-trial reply briefs be extended.

Accordingly, it is **ORDERED** that final post-trial reply briefs shall be filed on **February 4, 2005.**

s/ James F. Merow
James F. Merow
Senior Judge

[1] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.