TABLE OF CONTENTS

PAGE

DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

I. AS WE ESTABLISHED IN OUR PRIOR BRIEFING, THE YANKEES WERE REQUIRED TO ESTABLISH THAT, BUT FOR THE GOVERNMENT'S DELAY, THEY WOULD NOT HAVE INCURRED THEIR ALLEGED INJURIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II. THE YANKEES' ASSERTION THAT THEY WERE REQUIRED TO BEGIN MITIGATING DAMAGES PRIOR TO THE GOVERNMENT'S PARTIAL BREACH OF CONTRACT LACKS SUPPORT . . . . . . . . . . . . . . . . 2

III. CONTRARY TO THE YANKEES' EXPRESSED CONCERNS, THE GOVERNMENT HAS REPEATEDLY EXPRESSED ITS POSITION THAT, IN A PARTIAL BREACH CASE, FUTURE DAMAGES ARE NOT IMMEDIATELY RECOVERABLE, BUT MAY BE RECOVERED IN FUTURE POST-INCURRENCE SUITS . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

IV. THE TESTIMONY OF SCOTT VANCE WAS IMPROPER IMPEACHMENT TESTIMONY AND IS NOT ADMISSIBLE AS SUBSTANTIVE EVIDENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

V. COUNSEL FOR PLAINTIFF'S STATEMENTS AT CLOSING ARGUMENTS REGARDING HIS OTHER CLIENTS LACKS EVIDENTIARY SUPPORT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

VI. CONTRARY TO THE YANKEES' CONTENTION UPON REBUTTAL, "OLDEST-FUEL-FIRST" IS THE CONTRACTUALLY MANDATED ACCEPTANCE SEQUENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

VII. THE YANKEES HAVE FAILED TO ACCOUNT FOR THE EFFECT OF FAILED FUEL IN THEIR "BUT FOR" DAMAGES . . . . . . . . . . . . . . . . . . 17

VIII. UNDER THE STANDARD CONTRACT, THE CONTRACTING OFFICER OBTAINS THE RIGHT TO DETERMINE THE SCHEDULE UPON WHICH DOE WILL ACCEPT THE CONTRACT HOLDER'S SNF, SUBJECT ONLY TO A REVIEW FOR ABUSE OF DISCRETION . . . . 20

TABLE OF CONTENTS (cont'd)

PAGE

IX. THE YANKEES FAILED TO ESTABLISH ANY BASIS FOR THEIR CLAIM OF A BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING . . . . . 22

CONCLUSION . . . . . 23

# TABLE OF AUTHORITIES

CASES PAGE(S)

Am-Pro Protective Agency, Inc. v. United States,
281 F.3d 1234 (Fed. Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Arnone v. Chrysler Corp.
148 N.W.2d 902 (Mich. Ct. App. 1967) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

California Federal Bank v. United States,
395 F.3d 1363 (Fed. Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 19

Centex Corp. v. United States,
395 F.3d 1283 (Fed. Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22, 23

Chain Belt Co. v. United States,
115 F. Supp. 701 (Ct. Cl. 1953) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Cities Service Helex, Inc. v. United States,
543 F.2d 1306 (Ct. Cl. 1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

City of Fairfax, Va. v. Washington Metropolitan Area Transit Authority,
582 F.2d 1321 (4th Cir. 1978), cert. denied, 440 U.S. 914 (1979) . . . . . . . . . . . . . . . 3, 7

Danzig v. AEC Corp.,
224 F.3d 1333 (Fed. Cir. 2000), cert. denied, 532 U.S. 995 (2001) . . . . . . . . . . . . . . . . 6

DeBiasio v. Illinois Central Railroad,
52 F.3d 678 (7th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Dingley v. Oler,
117 U.S. 490 (1886) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Franconia Associates v. United States,
536 U.S. 129 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

Frass Surgical Manufacturing Co. v. United States,
571 F.2d 34 (Ct. Cl. 1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Hansen Bancorp, Inc. v. United States,
53 Fed. Cl. 92 (2002), vacated and remanded
on other grounds, 367 F.3d 1267 (Fed. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Haynes v. United States,
61 Fed. Cl. 788 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Hickman v. Taylor,
329 U.S. 495 (1947) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004), appeal pending, No. 04-5122 (Fed. Cir.) . . . . . . . . . . . . . . . . 8, 10

J.D. Hedin Construction Co. v. United States,
197 Ct. Cl. 782, 456 F.2d 1315 (1972) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Kaiser v. Northwest Shopping Center, Inc.,
587 S.W.2d 454 (Tex. Civ. Ct. 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Koppers Co. v. Aetna Casualty & Surety Co.,
98 F.3d 1440 (3d Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

LaVan v. United States,
382 F.3d 1340 (Fed. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Lovink v. Guilford Mills, Inc.,
878 F.2d 584 (2d Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Lucente v. International Bus. Machines Corp.,
310 F.3d 243 (2d Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Martinez v. Union Pacific R.R. Co.,
82 F.3d 223 (8th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

McDonnell Douglas Corp.,
ASBCA No. 26747, 83-1 BCA ¶ 61,377 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Myerle v. United States,
33 Ct. Cl. 1 (1897) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Pinewood Realty Ltd. Partnership v. United States,
617 F.2d 211 (Ct. Cl. 1980) . . . . . . . . . . 5

PVI, Inc. v. Ratiopharm,
253 F.3d 320 (8th Cir. 2001) . . . . . . . . . . 5

Rapid City Indian Health Advisory Board of Directors,
ASBCA No. 26641, 83-1 BCA ¶ 16,311 (1983) . . . . . . . . . . 21

Reynolds v. United States,
158 F. Supp. 719 (Ct. Cl. 1958) . . . . . . . . . . 3

Robinson v. United States,
305 F.3d 1330 (Fed. Cir. 2002) . . . . . . . . . . 3

Roboserve, Inc. v. Kato Kagaku Co.,
78 F.3d 266 (7th Cir. 1996) . . . . . . . . . . 4

Roehm v. Horst,
178 U.S. 13 (1900) . . . . . . . . . . 7

S&R Corp. v. Jiffy Lube International, Inc.,
968 F.2d 371 (3d Cir. 1992) . . . . . . . . . . 4

San Carlos Irrigation & Drainage District v. United States,
23 Cl. Ct. 276 (1991), aff'd, 111 F.3d 1557 (Fed. Cir. 1997) . . . . . . . . . . 4

Southern Pacific Co. v. Darnell-Taenzer Lumber Co.,
245 U.S. 531 (1918) . . . . . . . . . . 2

Sterkel v. Fruehauf Corp.,
975 F.2d 528 (8th Cir. 1992) . . . . . . . . . . 11

Thomas A. Yoder Co.,
VABCA No. 997, 74-1 BCA ¶ 10,424 (1974) . . . . . . . . . . 21

Tretchick v. Department of Transportation,
109 F.3d 749 (Fed. Cir. 1997) . . . . . . . . . . 6

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

United States v. DeKonty
922 F.2d 826 (Fed. Cir. 1991) . . . . . . . . . . 6

United States v. Joseph A. Holpuch Co.,
328 U.S. 234 (1946) . . . . . . . . . . 21

United States Fidelity & Guaranty Co. v. United States,
676 F.2d 622 (Ct. Cl. 1982) . . . . . . . . . . 21

Wells Fargo Bank, N.A. v. United States,
88 F.3d 1012 (Fed. Cir. 1996), cert. denied, 520 U.S. 1116 (1997) . . . . . . . . . . 2

Wisconsin Power & Light Co. v. Century Indemnity Co.,
130 F.3d 787 (7th Cir. 1997) . . . . . . . . . . 5

MISCELLANEOUS

Calamari & Perillo, Contracts § 12-11 (2d ed. 1977) . . . . . . . . . . 7

4 A. Corbin, Corbin on Contracts § 972 (1951) . . . . . . . . . . 7

Restatement (Second) of Contracts § 236 (1981) . . . . . . . . . . 4, 7

Restatement (Second) of Contracts § 251 (1981) . . . . . . . . . . 6

Restatement (Second) of Contracts § 253 (1981) . . . . . . . . . . 5, 7

Restatement (Second) of Judgments § 26 (1982) . . . . . . . . . . 9

28 Am. Jur. 2d: Damages § 488 . . . . . . . . . . 9