# In the United States Court of Federal Claims

**No. 98-126 C**
**E-Filed: October 4, 2006**

**YANKEE ATOMIC ELECTRIC COMPANY**

**v.**

**THE UNITED STATES**

**JUDGMENT[1]**

Pursuant to the court's reissued Opinion and Order, filed October 4, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the total amounts as listed below in satisfaction of their claims for partial breach of the contracts through December 31, 2001 for Connecticut Yankee and Yankee Atomic, and through December 31, 2002 for Maine Yankee:

| | |
|---|---|
| (1) Yankee Atomic | $32,866,087.55; |
| (2) Connecticut Yankee | $34,154,879.00; and |
| (3) Maine Yankee | $75,774,554.00. |

Brian Bishop
Clerk of Court

October 4, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.

[1]This shall also be deemed applicable in *Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C* and *Maine Yankee Atomic Power Co. v. United States, No. 98-474C.*