#065835

ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
DEC 14 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAINE YANKEE ATOMIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 98-474(C)<br>(Senior Judge Merow) |

NOTICE OF APPEAL

Notice is hereby given that Maine Yankee Atomic Power Company, plaintiff in the above-captioned matter, cross-appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this case on October 4, 2006.

Respectfully submitted,

December 14, 2006

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Fifth Floor
Washington, D.C. 20006
Telephone: 202.331.3100
Telefax: 202.261.4751
*Attorney for Maine Yankee Atomic Power Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2006, copies of the foregoing Notice of Appeal were sent by first-class mail, postage prepaid, to:

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Jerry Stouck